# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-2231-SP | | Date | June 6, 2017 |
|---|---|---|---|---|
| Title | EDUARDO GONZALES v. LAW OFFICES OF ALLEN ROBERT KING, et al. | | | |

| Present: The Honorable | Sheri Pym, United States Magistrate Judge |
|---|---|

| Kimberly I. Carter | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:**   (In Chambers) Order Denying Motion to Dismiss as Moot and Vacating June 13, 2017 Hearing [79]

On May 5, 2017, defendant Wright Property Management filed a motion for dismissal from the case. The motion to dismiss was filed as to the then-pending Second Amended Complaint; however, on May 15, 2017, plaintiffs filed a Third Amended Complaint. Accordingly, the motion to dismiss (docket no. 79) is hereby DENIED AS MOOT. In addition, the June 13, 2017 hearing on the motion is VACATED.