# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDUARDO GONZALES,** an individual, | Case No.: 2:16-cv-02231 |
| Plaintiff, | **ORDER** |
| vs. | |
| **LAW OFFICES OF ALLEN ROBERT KING,** and **ALLEN ROBERT KING**, and **SALVADOR CORTEZ** and **WRIGHT PROPERTY MANAGEMENT, INC.** and **DOES 1-10**, | |
| Defendant. | |

**HAVING SHOWN GOOD CAUSE,** this case is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: January 18, 2018

*/s/ signature*

Hon. Judge Sheri Pym
Magistrate Judge of the United States District Court, Central District of California